HOME OFFICE 20 JUL 09 86274

# COMMONWEALTH OF VIRGINIA





### CHESAPEAKE CIRCUIT COURT
Civil Division
307 ALBEMARLE DRIVE, STE 300A
CHESAPEAKE VA 23322

Summons

To:  MARILYN K BROWN
    REGULATORY ISSUES ANALYST
    MUTUAL OF OMAHA INS CO.
    MUTUAL OF OMAHA PLAZA
    OMAHA, NEBRASKA 68175

Case No.  550CL10001515-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, July 15, 2010

by _____
                      (CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: HILL, MARION D
               PRO SE PLAINTIFF

I hereby certify that this is a true copy of the original writ with all the endorsements thereon,
TIMOTHY F. DUNNING
Sheriff

By _____

*Exhibit A*

VIRGINIA:   IN THE CIRCUIT COURT OF CHESAPEAKE

CIVIL COURT

MARION D HILL
             Plaintiff

v.

                                    Case No. CL10-1515

Ms. Marilyn K. Brown,
United of Omaha: Mutual of Omaha Insurance Company.
Registered Agent: General Counsel

       Defendants

## COMPLAINT

      COME NOW the Plaintiff, Marion D Hill, who moves the Court by way of

complaint to award judgment to said plaintiff against defendants, Marion D Hill and

United of Omaha, in the amount of $250,000 by reason of the following:

1.     The Plaintiff had a life insurance policy with Mutual of Omaha for a death benefit

of $50,00 and the company defrauded the Plaintiff only paying $10,000 and refusing to

pay the full benefit.

2.     The Defendants have also ignored the Plaintiff's attempts to try and settle the

matter.  First the Defendants said another documents was signed cancelling the original

policy and the Plaintiff said she did not sign that document and provided a writing

sample.  The company did not respond demonstrating bad business practices and

operating not in good faith.

3.    The Defendant has also breached the policy and or contract for $50,000 death benefit and refused to pay the full benefit.  Paying the Plaintiff only $10,000 causing a loss for the Plaintiff in the amount of $40,000.

Wherefore, the Plaintiff, Marion D Hill, move the Court for a judgment against the Defendants, Marilyn K. Brown, and United of Omaha in the amount of $250,000 and her cost incurred in the prosecution of this complaint.

Marion D Hill

702 Windy Rd
Chesapeake, VA 23325
(757) 748-9520

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Complaint was delivered via U. S. Mail Ms. Marilyn K. Brown, United of Omaha: Mutual of Omaha Insurance Company, Mutual of Omaha Plaza, Omaha, Nebraska 68175, and Registered Agent: MUTUAL OF OMAHA INSURANCE COMPANY, C/O GENERAL COUNSEL, MUTUAL OF OMAHA PLAZA, OMAHA, NE 68175 this 27, day of April, 2010.

Marion D Hill                    7-1-10

                                 Date

"I hereby appoint

58 38

to serve the within writ."

SHERIFF

Date:_____

0986233

# COMMONWEALTH OF VIRGINIA



R   ...VED

2010 JUL 19 PH 1:55

SHERIFF'S OFFICE
DOUGLAS CO. NEBR.

### CHESAPEAKE CIRCUIT COURT
Civil Division
307 ALBEMARLE DRIVE, STE 300A
CHESAPEAKE VA 23322

Summons

To: REGISTERED AGENT
 MUTUAL OF OMAHA INS
 C/O GENERAL COUNSEL
 MUTUAL OF OMAHA PLAZA
 OMAHA, NEBRASKA 68175

Case No. 550CL10001515-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, July 15, 2010

by _____
 (CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: HILL, MARION D
 PRO SE PLAINTIFF

I hereby certify that this is a true copy of the original writ with all the endorsements thereon.
TIMOTHY F. DUNNING
Sheriff

By _____

VIRGINIA:    IN THE CIRCUIT COURT OF CHESAPEAKE

CIVIL COURT

MARION D HILL
                     Plaintiff

v.

                                       Case No. CL10-1515

Ms. Marilyn K. Brown,
United of Omaha: Mutual of Omaha Insurance Company,
Registered Agent: General Counsel

       Defendants

## COMPLAINT

    COME NOW the Plaintiff, Marion D Hill, who moves the Court by way of

complaint to award judgment to said plaintiff against defendants, Marion D Hill and

United of Omaha, in the amount of $250,000 by reason of the following:

1.     The Plaintiff had a life insurance policy with Mutual of Omaha for a death benefit

of $50,00 and the company defrauded the Plaintiff only paying $10,000 and refusing to

pay the full benefit.

2.     The Defendants have also ignored the Plaintiff's attempts to try and settle the

matter. First the Defendants said another documents was signed cancelling the original

policy and the Plaintiff said she did not sign that document and provided a writing

sample. The company did not respond demonstrating bad business practices and

operating not in good faith.

3.     The Defendant has also breached the policy and or contract for $50,000 death benefit and refused to pay the full benefit.  Paying the Plaintiff only $10,000 causing a loss for the Plaintiff in the amount of $40,000.

Wherefore, the Plaintiff, Marion D Hill, move the Court for a judgment against the Defendants, Marilyn K. Brown, and United of Omaha in the amount of $250,000 and her cost incurred in the prosecution of this complaint.

_____
Marion D Hill

702 Windy Rd
Chesapeake, VA 23325
(757) 748-9520

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Complaint was delivered via U. S. Mail Ms. Marilyn K. Brown, United of Omaha: Mutual of Omaha Insurance Company, Mutual of Omaha Plaza, Omaha, Nebraska 68175, and Registered Agent: MUTUAL OF OMAHA INSURANCE COMPANY, C/O GENERAL COUNSEL, MUTUAL OF OMAHA PLAZA, OMAHA, NE 68175 this 27, day of April, 2010.

_____          7-1-10
Marion D Hill                                              _____
                                                                  Date